## WILL STUBBLEFIELD v. THE STATE.

### No. 8942.          Delivered April 22, 1925.

**Manufacturing Intoxicating Liquor—Evidence Held Sufficient.**

This record contains no bills of exception, and an inspection of the statement of facts discloses that the evidence fully sustains the judgment, and the cause is affirmed.

Appeal from the District Court of Walker County.   Tried below before the Hon. Carl T. Harper, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

The opinion states the case.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The witnesses for the State gave direct testimony showing the commission of the offense.   The testimony is uncontroverted.   The indictment is regular.   No complaint is made of the charge of the court or of the rulings upon the conduct of the trial.

The judgment is affirmed.

*Affirmed.*